IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LYNN MOORE** & **HEATHER KOLM**, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **SHEARER'S FOODS LLC**, <br><br> Defendant. | CASE NO. 5:22-cv-1017 <br><br> JUDGE JOHN R. ADAMS <br><br> MAGISTRATE JUDGE AMANDA M. KNAPP |

**PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**

Named Plaintiffs Lynn Moore and Heather Kolm (collectively "Named Plaintiffs"), on behalf of themselves and other similarly situated individuals, respectfully move[1] this Court to enter an order pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b):

(1) Conditionally certifying this case as an FLSA collective action under Section 216(b) against Shearer's Foods LLC ("Defendant") on behalf of Named Plaintiffs and others similarly situated;

(2) Implementing a procedure whereby Court-approved Notice of FLSA claims is sent by U.S. mail and email to:

> **All of Defendant's current and former hourly production/manufacturing employees who were paid for 40 or more hours of work and (i) don and doff personal protective equipment and sanitary gear or otherwise perform mandatory pre-shift anti-contamination steps; (ii) clocked out and back in for at least one short rest break lasting 20 minutes or fewer; and/or (iii) received nondiscretionary bonuses in any workweek beginning 3 years preceding the filing date of this Motion and**

---

[1] Before filing this Motion, Named Plaintiffs requested that Defendant stipulate/agree to conditional certification given Named Plaintiffs' appreciation of their lenient, modest burden, but Defendant was unwilling to agree to do so.

continuing through final disposition of this case (the "FLSA Collective" or the "FLSA Collective Members").

(3) Approving the proposed Notice and Consent forms, attached as **Exhibit 1**.

(4) Directing Defendant to provide, within fourteen (14) days of an order granting conditional certification, a roster of all persons who fit the definition in Paragraph 2 ("Potential Opt-In Plaintiffs") that includes their full names, their dates of employment, their locations worked, job titles, their last known mailing addresses, and their personal email addresses (the "Roster"); and

(5) Directing that the Court-approved Notice and Consent to Join forms be sent to such present and former employees within fourteen (14) days of receipt of the Roster using Potential Opt-In Plaintiffs' mail and email addresses.

A Memorandum of Law in Support of this Motion and supporting evidentiary exhibits are attached.

Dated: August 12, 2022            Respectfully submitted,

/s/ *Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (100041)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
           agedling@mcoffmanlegal.com
           khendren@mcoffmanlegal.com

*Attorneys for Named Plaintiffs and those similarly situated*