# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LYNN MOORE & HEATHER KOLM**, on behalf of themselves and others similarly situated, | ) )  ) |
| | ) CASE NO. 5:22-cv-1017 |
| Plaintiffs, | ) ) JUDGE JOHN R. ADAMS |
| v. | ) ) MAGISTRATE JUDGE AMANDA M. |
| | ) KNAPP |
| **SHEARER'S FOODS LLC**, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING REVISED NOTICE AND CONSENT FORM

Named Plaintiff Lynn Moore and Heather Kolm hereby file the attached revised FLSA Notice pursuant to the Court's Order. ECF No. 58. Named Plaintiffs have revised the Notice in accordance with the Court's Order and attached it as **Exhibit A** for the record.

    Respectfully submitted,

    **COFFMAN LEGAL, LLC**

    */s/* Matthew J.P. Coffman
    Matthew J.P. Coffman (0085586)
    Adam C. Gedling (0085256)
    Kelsie N. Hendren (0100041)
    Tristan T. Akers (0102298)
    1550 Old Henderson Road
    Suite #126
    Columbus, Ohio 43220
    Phone: 614-949-1181
    Fax: 614-386-9964
    Email: mcoffman@mcoffmanlegal.com
          agedling@mcoffmanlegal.com
          khendren@mcoffmanlegal.com
          takers@mcoffmanlegal.com

    *Attorneys for Named Plaintiff and those similarly situated*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of May 2024, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/* Tristan T Akers
                                               Tristan T. Akers