**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT AKRON**

| | |
|---|---|
| **MOORE,** *et al*, on behalf of herself and others similarly situated, | : |
| | : |
| | : **CASE NO. 5:22-cv-1017** |
| Plaintiffs, | : |
| | : **JUDGE JOHN R. ADAMS** |
| v. | : |
| | : **MAGISTRATE JUDGE AMANDA M. KNAPP** |
| **SHEARER'S FOODS LLC** | : |
| | : |
| Defendant. | : |

### ORDER VACATING CASE DEADLINES AND STAYING PROCEEDINGS

HAVING CONSIDERED the Parties' Joint Motion to Vacate Case Deadlines and Stay All Proceedings, the Court finds good cause and GRANTS the Motion. Therefore, it is hereby ORDERED that:

1. The Telephone Status Conference scheduled for October 16, 2024 is canceled;

2. All proceedings and deadlines are stayed until January 27, 2025; and

3. On or before February 10, 2025, the Parties shall file a status report informing the Court whether a resolution was reached or otherwise file a proposed case schedule.

**IT IS SO ORDERED.**

DATE: October 7 ,2024

*/s/ John R. Adams*
**JOHN R. ADAMS**
**UNITED STATES DISTRICT JUDGE**