Motion granted. The Court finds the settlement agreement is fair, reasonable, and adequate. This matter is dismissed with prejudice.
*/s/ John R. Adams*
U.S. District Judge
March 25, 2025

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **LYNN MOORE & HEATHER KOLM**, on behalf of themselves and others similarly situated, | : : : : | |
| Plaintiffs, | : : | **CASE NO. 5:22-cv-1017** |
| v. | : : : | **JUDGE JOHN R. ADAMS** |
| **SHEARER'S FOODS LLC**, | : : : | **MAGISTRATE JUDGE AMANDA M. KNAPP** |
| Defendant. | : | |

## JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Representative Plaintiffs Lynn Moore and Heather Kolm ("Representative Plaintiffs") and Defendant Shearer's Foods LLC ("Defendant") (collectively, Representative Plaintiffs and Defendant referred to as the "Parties") respectfully move this Court for an Order approving their Fair Labor Standards Act ("FLSA") collective action settlement. The settlement was reached by experienced wage and hour counsel after arms-length, good faith settlement negotiations with a neutral third-party mediator.

The following documents are submitted for the Court's approval:

**Exhibit 1**: Collective Action Settlement Agreement and Release (the "Agreement") and Exhibit A – Proposed Notice of Settlement of Collective Action Lawsuit;

**Exhibit 2**: Declaration of Matthew J.P. Coffman ("Coffman Decl."); and

**Exhibit 3**: Proposed Order.

For the reasons set forth in the attached Memorandum in Support, the Parties respectfully request that the Court approve their FLSA settlement and dismiss this case with prejudice.